Case 1:22-mj-00210-GMH   Document 1-1   Filed

Case: 1:22-mj-00210
Assigned To : Magistrate Judge Harvey, G. Michael
Assign. Date : 9/20/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

1. On September 19, 2022, at approximately 3:30 p.m., Metropolitan Police Department ("MPD") Seventh District Crime Suppression Team officers were patrolling PSA 702 in uniform and marked MPD cruisers. Officers had knowledge of approximately 14 Shot Spotter detections in Sector One in the past week. In addition, the Seventh District Crime Suppression Team has recovered approximately 38 illegal firearms in PSA 702 since January 1, 2022.

2. At approximately 3:30 p.m., officers were patrolling the 3000 block of 30th Street SE when they observed multiple persons on the sidewalk consuming lit marijuana cigarettes. Officers observed JEREMIAH JORDAN standing among those persons. Upon observing the marked MPD vehicle, JORDAN immediately stepped away from the group and began walking away from the MPD vehicle. Officers observed JORDAN place his right hand in the front portion of his waistband area and make an adjustment by moving an item near JORDAN's groin area.

3. As JORDAN continued walking away from MPD officers on the sidewalk, your Affiant exited an MPD vehicle and walked up next to JORDAN. Your Affiant observed JORDAN glance down towards his groin area and slightly blade his midsection away from my direction. Your Affiant observed the outline of a distinct "L" shape object, consistent with the size of a pistol, inside of the front of JORDAN's pants near his groin. Your Affiant then attempted to conduct a protective pat down of JORDAN's groin area where the firearm-like object was observed, at which point JORDAN attempted to flee and pull away from officers. While attempting to place JORDAN into handcuffs, your Affiant was able to complete a protective pat down and felt a handgun inside the front of JORDAN's pants in the groin area. JORDAN was placed under arrest.

4. Officers recovered a firearm from the inside of the front of JORDAN's pants and underwear. The firearm was determined to be an FN 9mm firearm, bearing Serial No. GKU0088815. At the time the firearm was recovered, it was loaded with one round in the chamber and 14 additional rounds of ammunition in a 17-round capacity magazine.

5. Search incident to arrest, officers recovered the items from JORDAN's pants pockets including, but not limited to, the following: (1) approximately 26 grams of a white rock-like substance in clear plastic bags, which field tested positive for the presence of cocaine base, a Schedule II controlled substance; (2) approximately 0.4 grams of a brown powder substance in small green Ziplock bags, which field tested positive for the presence of heroin, a Schedule I controlled substance; and (3) a digital scale. Based on my training and experience, the quantity of cocaine base recovered from JORDAN, coupled with its packaging and the digital scale, is more consistent with possession with intent to distribute narcotics than for personal use.

6. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition referenced herein would have traveled in interstate commerce prior to being in the possession of JORDAN on or before September 19, 2022.

7. A criminal history check revealed that JORDAN was previously convicted of a crime punishable by imprisonment for a term exceeding one year. Specifically, JORDAN was convicted of Conspiracy to Commit Aggravated Assault Knowingly While Armed in D.C. Superior Court Case No. 2016 CF1 012349. On January 6, 2020, JORDAN was sentenced to 54

months of imprisonment (suspended as to all but time served), three years of supervised release (all suspended), and two years of supervised probation for that conviction.

8.  Therefore, JORDAN was aware at the time of his arrest in this case that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

9.  In summary, JORDAN was a prohibited person who possessed a firearm and ammunition, and who possessed crack cocaine and heroin with the intent to distribute such controlled substances. Thus, your affiant believes there is probable cause to establish the offenses of: (1) 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); (2) 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base); and (3) 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm During and in Relation to, and in Furtherance of, a Drug Trafficking Offense).

_____
OFFICER MATTHEW KELLY (#5724)
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 20, 2022.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE