UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 22-MJ-210 (GMH) |
| v. | : | |
| | : | |
| JEREMIAH JORDAN, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the Complaint in this case without prejudice. The Government requests that the Court enter an order dismissing this matter without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/ Thomas G. Strong*
Thomas G. Strong
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
(202) 252-7063
thomas.strong@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on October 7, 2022.

                By:    */s/ Thomas G. Strong*
                         Thomas G. Strong
                         Assistant United States Attorney